1  JAMES E. WHITMIRE, ESQ.
   Nevada Bar No. 6533
2  jwhitmire@santoronevada.com
   SANTORO WHITMIRE
3  10100 W. Charleston Blvd., Suite 250
   Las Vegas, Nevada 89135
4  Telephone:   702/948-8771
5  Facsimile:   702/948-8773
   *Attorney for Defendant Anthony Abbatangelo*
6

7               **UNITED STATES DISTRICT COURT**

8                    **DISTRICT OF NEVADA**

9  | MEDMARC CASUALTY INSURANCE COMPANY, | Case No.: 2:21-cv-01934-RFB-EJY |
   |---|---|
   |  | **STIPULATION AND ORDER EXTENDING THE TIME FOR DEFENDANT ANTHONY ABBATANGELO TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** |
   | Plaintiff, |  |
   | vs. |  |
   | COLQUITT & ABBATANGELO, LTD, a Nevada Limited Liability Company; RONALD COLQUITT, an individual; ROBERT T. ABBATANGELO, an individual; ROBERT T. BARRA, an individual; DONALD GIEBLER, an individual; ABD HOLDINGS, INC., a Nevada Corporation. | **(First Request)** |
   | Defendants. |  |

Plaintiff and Anthony Abbatangelo ("Defendant") state the following:

1. The Complaint was filed on October 20, 2021.  (ECF No. 1).

2. Defendant was served on October 27, 2021.

3. Pursuant to the Federal Rules of Civil Procedure, Defendant has 21 days to file a response to the Complaint, or until November 17, 2021.

4. The parties agree to extend the date for Defendant to answer or otherwise respond to the Complaint from November 17, 2021 to **December 1, 2021**.

/ / /

/ / /

5. This short extension is being sought for good cause and not for the purposes of delay. Good cause exists for this extension due to the workload of counsel and the upcoming Thanksgiving Holiday.

**IT IS SO AGREED AND STIPULATED:**

| | |
|---|---|
| WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP | SANTORO WHITMIRE |
| */s/ Sheri M. Thome* | */s/ James E. Whitmire* |
| SHERI M. THOME, ESQ. | JAMES E. WHITMIRE, ESQ. |
| Nevada State Bar No. 8657 | Nevada State Bar No. 6533 |
| 6689 Las Vegas Blvd. South, Suite 200 | 10100 W. Charleston Blvd., Suite 250 |
| Las Vegas, NV 89119 | Las Vegas, NV 89135 |
| Tel: 702.727.1400 | Tel: 702.948.8771 |
| E-mail: sheri.thome@wilsonelser.com | E-mail: jwhitmire@santoronevada.com |
| *Attorney for Plaintiff Medmarc Casualty Insurance Company* | *Attorney for Defendant Anthony Abbatangelo* |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: November 15, 2021

- 2 -