Ronald Colquitt
6600 W. Charleston Blvd., #132
Las Vegas, Nevada 89146
(P) 702.384.1000; (F) 702.543.2197
LasVegasLawOffice@gmail.com
   *Defendant in Proper Person*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADANEVADA

\* \* \*

| | |
|---|---|
| MEDMARC CASUALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>COLQUITT & ABBATANGELO, LTD., a Nevada Limited Liability Company; RONALD COLQUITT, an individual; ANTHONY ABBATANGELO, an individual; ROBERT T. BARRA, an individual; DONALD GIEBLER, an individual; ABD HOLDINGS, INC.<br><br>Defendants. | Case No: 2:21-cv-01934-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT RONALD COLQUITT TO ANSWER OR OTHERWISE PLEAD**<br>(First Request) |

Plaintiffs, MEDMARC CASUALTY INSURANCE COMPANY, ("Medmarc") and Defendant RONALD COLQUITT ("Colquitt") stipulate as follows:

1. Medmarc filed its Complaint on October 20, 2021 [ECF No. 1].

2. Medmarc caused the Summons and Complaint to be personally served upon Colquitt on October 27, 2021, making a response due on or before November 17, 2021.

3. Colquitt requires additional time to secure legal representation in the instant matter.

4. The parties agree to extend the deadline to answer or otherwise plead from November 17, 2021 to December 17, 2021.

\\

5.  This is the first request to extend the answer deadline and is not being made for the purpose of delay.

DATED this 15th day of November, 2021.

RONALD COLQUITT

*/s/ Ronald Colquitt*
Ronald Colquitt
6600 W. Charleston Blvd., #132
Las Vegas, Nevada 89146
(P) 702.384.1000
E-Mail: LasVegasLawOffice@gmail.com
  *Defendant in Proper Person*

Dated this 16th day of November, 2021.

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

*/s/ Sheri M. Thome, Esq.*
Sheri M. Thome, Esq.
Nevada Bar No. 8657
6689 Las Vegas Blvd. South, #200
Las Vegas, Nevada 89119
(P) 702.727.1400
E-Mail: Sheri.Thome@wilsonelser.com
  *Attorney for Plaintiffs Medmarc*
  *Casualty Insurance Company*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: November 16, 2021